

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00223-CV

———————————————

ARON SMITH AND SANDRA SMITH, Appellants

V.

ANTIGUA III PHASE FOUR HOMEOWNERS ASSOCIATION, INC., Appellee

On Appeal from the 17th District Court
Tarrant County, Texas
Trial Court No. 017-322780-21

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On September 13, 2021, we notified appellants that the trial-court clerk—the clerk responsible for preparing the record in this appeal—had informed us that appellants had not arranged to pay for the record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned appellants that we would dismiss the appeal for want of prosecution unless, within ten days, appellants arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3. Ten days have passed, and Appellants have not made payment arrangements or provided proof of payment. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: October 7, 2021